**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| JA-FATHER DOE 1 and JA-MOTHER DOE 1, individually and as parents and natural guardians of JA-MINOR DOE 1, a minor child,<br><br>        Plaintiffs,<br><br>v.<br><br>ANTON JOSEPH LAZZARO,<br><br>        Defendant. | Case No.: 0:21-cv-1985-WMW-JFD<br><br>**PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS** |

Plaintiffs, through their undersigned attorneys, hereby move the Court for an order allowing them to proceed under pseudonyms. This motion is based upon all the legal memoranda, affidavits, and exhibits that will be filed in connection with the motion, and upon oral argument if desired by the Court.

Dated: September 7, 2021.

JEFF ANDERSON & ASSOCIATES, P.A.

By: Jeffrey R. Anderson, #2057
Patrick Stoneking, #0348569
Stacey Benson, #0399718
Attorneys for Plaintiffs
366 Jackson Street, Suite 100
St. Paul, MN 55101
(651) 227-9990