**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| JA-FATHER DOE 1 and JA-MOTHER DOE 1, individually and as parents and natural guardians of JA-MINOR DOE 1, a minor child, | Case No. 21-cv-1985 (WMW/JFD) |
| Plaintiffs, | **ORDER** |
| v. | |
| ANTON JOSEPH LAZZARO, | |
| Defendant. | |

---

This matter is before the Court on Plaintiffs JA-Father Doe 1, JA-Mother Doe 1, and JA-Minor Doe 1's Motion to Proceed Under Pseudonyms (Dkt. No. 8) requesting permission to proceed under pseudonyms.

The Court has reviewed Plaintiffs' Motion. Considering that this Motion's hearing is currently scheduled for **October 12, 2021**, and noting that Defendant Anton Lazzaro has not yet made an appearance, **IT IS HEREBY ORDERED** that:

1. Until such time as the Court decides Plaintiffs' Motion, Plaintiffs may temporarily proceed under pseudonyms;

2. Plaintiffs' counsel is directed to provide a copy of this Order to Defendant when the summons and complaint are served, or in the alternative, if service has already been accomplished, Plaintiffs' counsel is directed to provide a copy of this Order directly to Defendant's attorney, if known, so that Defendant's attorney may know they must proceed by pseudonym pending a decision on Plaintiffs' Motion;

3.  Should Defendant appear and respond to Plaintiffs' Motion on or before **October 5, 2021**, the motion hearing on **October 12, 2021**, will proceed as currently scheduled. If Defendant's response is made after **October 5, 2021**, the motion hearing will be continued to a later date to allow for full briefing prior to the hearing.

Dated: September 16, 2021                              _s/ John F. Docherty_
                                                       JOHN F. DOCHERTY
                                                       United States Magistrate Judge