UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JA-FATHER DOE 1 and JA-MOTHER DOE 1, individually and as parents and natural guardians of JA-MINOR DOE 1, a minor child, | Case No.: 0:21-cv-1985 JWB/DJF |
| Plaintiffs, | **STIPULATION TO LIFT STAY** |
| v. | |
| ANTON JOSEPH LAZZARO, | |
| Defendant. | |

The parties jointly stipulate and agree to lift the stay for the limited purpose of allowing Plaintiffs to bring a motion for pre-judgment attachment. The parties further jointly stipulate and agree that Plaintiffs' motion for pre-judgment attachment will seek pre-judgment attachment only on Defendant's condominium property located at the Ivy Hotel, 201 11th Street South, #1920, Minneapolis, MN  55402, and his Ferrari. Additionally, it is agreed that if granted, Plaintiff's interest in the attachment of the condominium and Ferrari is secondary to the government's forfeiture proceedings.

Respectfully submitted,

Dated: June 12, 2023.   JEFF ANDERSON & ASSOCIATES, P.A.


  /s/Molly K. Burke
By: Jeffrey R. Anderson, #2057
Patrick Stoneking, #0348569
Molly K. Burke, #0391477
Stacey Benson, #0399718
Attorneys for Plaintiffs
366 Jackson Street, Suite 100
St. Paul, MN 55101
(651) 227-9990
jeff@andersonadvocates.com
pstoneking@andersonadvocates.com
molly@andersonadvocates.com
stacey@andersonadvocates.com


Dated: June 12, 2023.   STICH, ANGELL, KREIDLER & UNKE, PA


  /s/Stacey L. Sever
By: Stacey L. Sever, #0331375
Attorney for Defendant
3601 Minnesota Drive, #450
Minneapolis, MN 55435
(612) 333-6251
ssever@stichlaw.com

2

Dated: June 12, 2023.

ANDREW M. LUGER
United States Attorney

*/s/Emily A. Polachek*
By: Emily A. Polachek, #390973
Laura M. Provinzino, #0329691
Melinda A. Williams, #491005 (DC)
Assistant United States Attorneys
United States Attorney's Office
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
(612) 664-5600
emily.polachek@usdoj.gov
laura.provinzino@usdoj.gov
melinda.williams4@usdoj.gov