

October 30, 2023

The Honorable Dulce J. Foster
Magistrate Judge, District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re: JA-Father Doe 1 and JA-Mother Doe 1, individually and as parents and natural guardians of JA-Minor Doe 1, a minor child v. Anton Joseph Lazzaro
Court File No.: 0:21-CV-01985 (JWB-DJF)
Our File No.: 33154/PERS

Dear Judge Foster:

At the request of the Court and following Plaintiffs' motion for prejudgment attachment, Defendant Lazzaro submits the following response.

First, with regard to the proposed keeping of the vehicle, Defendant maintains that this very unusual remedy is not appropriate or necessary in this case. We understand that with this motion for pre-judgment attachment, if granted, Plaintiff is requesting that she and her attorneys bear the cost and assume liability for the condition of the vehicle. This party has no comment on the terms proposed by Plaintiff on the condition that Plaintiff and her attorneys assume responsibility for the vehicle condition while it is held. If the engine were damaged as the result of storage conditions, Plaintiff and her attorneys would be responsible for damage to the vehicle during the attachment period, which is likely to be for a year or more, given the still-pending appellate proceedings in the criminal matter.

Second, with regard to Defendant's assets, Defendant certainly does not present a flight risk. Contrary to most cases where pre-judgment attachment is requested, Plaintiffs' representation is that Defendant has assets. Defendant has not and does not wish to put his assets at issue at this point in the pre-trial proceedings. If Plaintiffs should prevail on a motion to amend to bring a claim for punitive damages, Plaintiffs would be entitled to discovery into Defendant's finances, but not until then. Plaintiffs' argument seems to be that collection of a judgment might be inconvenient if across state lines. That is not a basis for pre-judgment attachment.

France Place
3601 Minnesota Drive
Suite 450
Minneapolis, MN 55435

stichlaw.com
612 333 6251 p
612 333 1940 f

Third, with regard to the alleged $5 million value of Plaintiffs' damages, at this pre-discovery stage, we know little about the damages that Plaintiff will be able to meet her burden of proving. However, we do know that the allegations in this case are a far cry from the Sex Trafficking claims cited by plaintiff. None are analogous.

Plaintiffs' Complaint alleges that at age 14, Plaintiff Jane Doe became friends with 16-year-old Medina. Two years later, in May 2020, Medina introduced plaintiff to Defendant Lazzaro. Thereafter, Lazzaro arranged for ride-share transportation for Doe to visit his residence. Lazzaro and Jane Doe allegedly engaged in sexual acts between May and July 2020. Plaintiff does not allege that she was falsely imprisoned, nor does she allege that she was forced into prostitution, nor does she allege that she was subjected to commercial sex acts with any other individual.

Plaintiffs have not detailed any damages. At this point, we do not know if Plaintiffs have any special damages and know nothing about their alleged general damages. This case is brought under 18 U.S.C. sec. 1595(a). The code states that "an individual who is a victim of a violation of this chapter may bring a civil action against the perpetrator . . . and may recover damages and reasonable attorney's fees."

None of the three examples of Sex Trafficking claims cited by Plaintiff are applicable to a determination of damages in this case. All of the cases cited by Plaintiff as examples involve a situation where the plaintiff was forced into prostitution for the financial benefit of the commercial sex trafficker. Those cases are dramatically different than the situation alleged here.

1. **Over $25 million to trafficking victim ordered by judge to be paid by defendant traffickers and hotels. (AR 2022, not Alaska).**

*Doe v. OM Hospitality, Inc. d/b/a Economy Inn, et al.*, Court file No. 04-CV-21-1039, Circuit Court, Benton County, Arkansas. Order found at https://interactive.5newsonline.com/pdfs/Order-FM-07282022-1.pdf

Kathryn Gilker, Former Owner of Springdale Motel Ordered to Pay $25 Million to Human Trafficking Victim (Aug. 1, 2022), https://www.5newsonline.com/article/news/crime/springdale-motel-teen-trafficking-victim/527-baca2f07-2abf-4d39-8c39-c558aef7b533

This Arkansas case involved an uncontested default judgment. The $25 million award includes over $19 million dollars in punitive damages.

Plaintiff was trafficked and forced to engage in commercial sex acts for four years, between 2014-2018, when she was 14-17 years old. The victim was held by her traffickers by coercion and threat of harm, kept at the motel for six weeks at a time. The sex trafficking involved "...10 to 15 customers or men coming to the room a day for this young girl to service these grown men and essentially be raped dozens of times on their premises," the victim's attorney said. Management at the defendant motel would alert the traffickers if law enforcement appeared, and the traffickers would move the victim down the street to another motel.
   Damages:

October 30, 2023
Page 3

>   $3,141,600 for potential loss of life expectancy of 13.2 years
>   $714,000 for harm suffered while being trafficked between the two businesses
>   $2.5 million for pain and suffering
>   $19,066,900 for punitive damages

2. **$37.5 million to 3 trafficking victims set by an arbitrator against defendant Philly Inn & Suites. Other hotel defendants previously settled. (PA 2023).**

Riley Brennan, Phila. Hotel Faces $37.5M Arbitration Award Over Sex Trafficking of Minors (Oct. 11, 2023), https://www.law.com/thelegalintelligencer/2023/10/11/phila-hotel-faces-37-5m-arbitration-award-over-sex-trafficking-of-minors/

Three victims were between 14 and 16 years old and forced into prostitution between 2011 and 2012 at multiple hotels in Philadelphia. The girls were held against their wills and forced by their Traffickers to engage in commercial sex acts with numerous men, multiple times per day. Arbitration Award ($13 million, $12.5 million, $12 million).

3. **$24 million settlement for 8 victims with claims against defendant hotel. (PA 2023).**

Vinny Vella, Northeast Philly Days Inn Owners Will Pay $24 Million to Women Who Were Forced Into Prostitution There (Feb. 2, 2023), https://www.inquirer.com/news/days-inn-northeast-philadelphia-sex-trafficking-case-20230202.html

Eight victims were between 14-17 when they were forced into prostitution by three commercial sex traffickers at one hotel in Philadelphia. The girls were held for commercial sex in rooms rented by their traffickers for days and weeks at a time. A hotel security guard provided protection and assistance to the traffickers. Multiple lawsuits were settled by the hotel chain with this resolution.

This lawsuit does not allege a sexual assault or battery cause of action, so none of the Sex Abuse case outcomes are analogous to these allegations. Plaintiffs have arbitrarily assigned the case a value of $5 million, without basis. Pre-judgment attachment is an unusual and extraordinary remedy. Given the logistical difficulties and the lack of basis for the need for pre-judgment attachment, Defendant requests that Plaintiffs' motion be denied.

Respectfully,

Stacey L. Sever
612-305-4556
ssever@stichlaw.com
SLS:myh