UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JA-Father Doe 1 and JA-Mother Doe 1, *individually and as parents and natural guardians of* JA-Minor Doe 1, *a minor child*,<br><br>     Plaintiffs,<br><br>v.<br><br>Anton Joseph Lazzaro<br><br>     Defendant. | Civ. No. 21-1985 (JWB/DJF)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Jeffrey R. Anderson, Esq., Molly K. Burke, Esq., Patrick Stoneking, Esq., and Stacey Benson, Esq., Jeff Anderson and Associates PA, counsel for Plaintiffs.

Stacey L. Sever, Esq., Stich Angell Kreidler & Unke, P.A., counsel for Defendant.

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on December 19, 2023 (Doc. No. 43), regarding Plaintiffs' Motion for Pre-Judgment Attachment. (Doc. No. 29.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Upon review of the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

   1.   The Report and Recommendation (Doc. No. 43) is **ACCEPTED**; and

2

2. Plaintiffs' Motion for Pre-Judgment Attachment (Doc. No. 29) is **GRANTED,** with attachment and custody to be carried out in accordance with the terms of the Report and Recommendation.

Date: January 16, 2024

          *s/ Jerry W. Blackwell*
          JERRY W. BLACKWELL
          United States District Judge