Bond No. 9440841

**RECEIVED**

JAN 29 2024

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JA-Father Doe 1, et al.,

    Plaintiffs,

v.

**ATTACHMENT BOND FEDERAL**

Anthony Joseph Lazzaro,

    Defendant.

KNOW ALL BY THESE PRESENTS That we, Jeff Anderson & Associates, PA as Principal(s), and Colonial American Casualty and Surety Company as Surety, are held and firmly bound unto US District Court, as Obligee(s), in the penal sum of three thousand ($3,000.00) DOLLARS, lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, said Principal(s) have commenced the above entitled action in said court against the Defendant(s), particularly described in the court order dated January 16, 2024, of Principal(s) heretofore made in this action.

NOW, THEREFORE, THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, That, if the Principal(s) shall prosecute said action, return said property to Defendant if return be adjudged, pay all costs and damages which said Defendant may sustain by wrongful prosecution of said action by Principal, and pay all costs as may be adjudged by court against said Principal (not exceeding the amount of bond stated above), then this obligation shall be void, otherwise to remain in full force and effect.

SIGNED AND SEALED this 29th day of January 2024.

Jeff Anderson & Associates, PA

By _____
Molly Burke, Its Attorney

Colonial American Casualty and Surety Company

By _____
Matthew W. Davies, Attorney-in-Fact

Approved:

This _30_ day of _January_ 20_24_

By: _____ Judge

PATRICK J. THOMAS AGENCY, 121 South Eighth Street, Suite 980, Minneapolis, Minnesota 55402     612-339-552

ACKNOWLEDGMENT OF PRINCIPAL(s)

STATE OF MINNESOTA )
)ss.
COUNT OF Ramsey )

BE IT KNOWN, that on the 29th day of January 20 24 personally appeared before me, Molly Burke to me well known to be the person who executed the foregoing bond, and has acknowledged the same to be her own free act and deed, and that she executed the same for the uses and purposes therein expressed.

(SEAL)



ERIN M. DALLUGE
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

Notary Public

ACKNOWLEDGEMENT OF SURETY

STATE OF MINNESOTA )
)ss.
COUNTY OF Hennepin )

On this 29th day of January 2024, before me personally appeared Matthew W. Davies to me personally known, who being sworn did say that he is the Attorney-In-Fact of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, that the seal affixed to the foregoing instrument was executed on behalf of the corporation by authority of its Board of Directors; he acknowledged said instrument to be the free act and deed of said corporation.

(SEAL)

PATRICIA J. ZASKE
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2027

Notary Public

PATRICK J. THOMAS AGENCY, 121 South Eighth Street, Suite 980, Minneapolis, Minnesota 55402    612-339-552

### EXTRACT FROM BY-LAWS OF THE COMPANIES

"Article V, Section 8, <u>Attorneys-in-Fact</u>. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify of revoke any such appointment or authority at any time."

### CERTIFICATE

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By- Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this __29__ day of __JANUARY__ 2024.

  

By: Brian M. Hodges
Vice President

**TO REPORT A CLAIM WITH REGARD TO A SURETY BOND, PLEASE SUBMIT A COMPLETE DESCRIPTION OF THE CLAIM INCLUDING THE PRINCIPAL ON THE BOND, THE BOND NUMBER, AND YOUR CONTACT INFORMATION TO:**

Zurich Surety Claims
1299 Zurich Way
Schaumburg, IL 60196-1056
www.reportsfclaims@zurichna.com
800-626-4577

## ZURICH AMERICAN INSURANCE COMPANY
## COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND
## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Illinois, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Illinois (herein collectively called the "Companies"), by **Robert D. Murray, Vice President**, in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **Matthew W. DAVIES, Jonathan S. DAVIES and Patricia J. ZASKE, all of Minneapolis, Minnesota, EACH, its** true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: any and all bonds and undertakings, and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland, and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland, in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND**, this 26th day of February, A.D. 2020.

  

ATTEST:
ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

By: Robert D. Murray
   Vice President

By: Dawn E. Brown
   Secretary

**State of Maryland**
**County of Baltimore**

On this 26th day of February, A.D. 2020, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **Robert D. Murray, Vice President and Dawn E. Brown, Secretary** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Constance A. Dunn, Notary Public
My Commission Expires: July 9, 2023