# JEFF ANDERSON & ASSOCIATES PA
REACHING ACROSS TIME FOR JUSTICE

June 18, 2024

Honorable Dulce J. Foster
United States Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

Re:   JA-Father Doe 1 and JA-Mother Doe 1, individually and as parents and natural guardians of JA-Minor Doe 1, a minor child v. Anton Joseph Lazzaro
      Court File No.:  21-1985 (JWB/DJF)

Dear Judge Foster:

Following the Court's December 2023 Report and Recommendation and subsequent January 2024 Order, which accepted the report and recommendation and granted prejudgment attachment on Defendant's Ferrari, Plaintiffs' counsel has been in contact with Hennepin County concerning it taking possession of the vehicle. Hennepin County has not yet taken possession of the Ferrari but is preparing to do so soon. Under Minn. Stat. § 570.061, subd. 1, the Sheriff's Office had 90 days to attach the property. To comply with the statute, Plaintiffs request an amendment to the Court's Order Accepting Report and Recommendation of Magistrate Judge to permit the Hennepin County Sherrif's office to acquire possession of the property up to and including August 15, 2024. Hennepin County expects that the transfer will occur earlier than August 15, but the County prefers to avoid a situation in which the extension of time falls short.

Regards,

*Molly Burke*

Molly Burke
molly@andersonadvocates.com

MB:ed

**ATTORNEYS**

JEFFREY R. ANDERSON
*Minnesota / Wisconsin*
*Illinois / Colorado*
*New York / Pennsylvania*
*New Jersey*

MICHAEL FINNEGAN
*Minnesota / Wisconsin*
*California / New York*

MIKE RECK
*California / New York*
*Texas / Pennsylvania*

ELIN LINDSTROM
*Minnesota / Wisconsin*
*New York*

TRUSHA GOFFE
*Minnesota*
*Washington DC*
*New Jersey / New York*

PATRICK STONEKING
*Minnesota / Wisconsin*
*New York / North Dakota*

JOSH PECK
*Minnesota*

MOLLY BURKE
*Minnesota*

JENNIFER STEIN
*California*

NAHID SHAIKH
*New York / New Jersey*

TAYLOR STIPPEL SLOAN
*Minnesota / New York*

STACEY BENSON
*Minnesota / New York*

NEDA LOTFI
*California*

SAM COLICH
*Minnesota*

CLAYTON HINRICHS
*Minnesota*

JACK BOYD
*New Jersey / Missouri*
*New York*

ALEXIS REDD
*New York / New Jersey*

RENEE CASTAGNA
*California*

KARIN LANG
*California*

PARKER ESTENSON
*California*