**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| JA-Father Doe 1 et al., | Case No. 21-cv-1985 (JWB/DJF) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Anton Joseph Lazzaro, | |
| Defendant. | |

---

This matter is before the Court on Plaintiffs' Letter to the Magistrate Judge ("Letter") (ECF No. 48). On January 16, 2024, Judge Blackwell issued an Order ("January 16 Order") (ECF No. 44) adopting the undersigned's Report and Recommendation (ECF No. 43) recommending pre-judgment attachment of Mr. Lazzaro's 2010 Ferrari pursuant to Minn. Stat. § 570.051. Under Minn. Stat. § 570.061, subd. 1, the Hennepin County Sheriff's Office had "90 days after the order … issued by the court, or such further time as the court may order" to seize the Ferrari, failing which "the order [would] automatically terminate." Plaintiffs state that the Hennepin County Sheriff's Office has not yet seized the vehicle and thus request an amendment to Judge Blackwell's January 16 Order providing the Hennepin County Sheriff's Office may have until August 15, 2024 to seize Mr. Lazzaro's Ferrari. The Court agrees and recommends modifying the January 16 Order.

## RECOMMENDATION

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT** paragraph 2 of the January 16 Order (ECF No. [44]) be modified as follows:

Plaintiffs' Motion for Prejudgment Attachment (Doc. No. 29), is **GRANTED**, with attachment and custody to be carried out by the Hennepin County Sheriff's Office in accordance with the terms of the Report and Recommendation and Minn. Stat. § 570.061, subd. 1, on or before **August 15, 2024**.


Dated: June 20, 2024                    *s/ Dulce J. Foster*
                                        Dulce J. Foster
                                        United States Magistrate Judge


## <u>NOTICE</u>

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).