

# JEFF ANDERSON & ASSOCIATES PA

**ATTORNEYS**

**JEFFREY R. ANDERSON**
*Minnesota / Wisconsin*
*Illinois / Colorado*
*New York / Pennsylvania*
*New Jersey*

**MICHAEL FINNEGAN**
*Minnesota / Wisconsin*
*California / New York*

**MIKE RECK**
*California / New York*
*Texas / Pennsylvania*

**ELIN LINDSTROM**
*Minnesota / Wisconsin*
*New York*

**TRUSHA GOFFE**
*Minnesota*
*Washington DC*
*New Jersey / New York*

**PATRICK STONEKING**
*Minnesota / Wisconsin*
*New York / North Dakota*

**JOSH PECK**
*Minnesota*

**MOLLY BURKE**
*Minnesota*

**JENNIFER STEIN**
*California*

**NAHID SHAIKH**
*New York / New Jersey*

**TAYLOR STIPPEL SLOAN**
*Minnesota / New York*

**STACEY BENSON**
*Minnesota / New York*

**NEDA LOTFI**
*California*

**SAM COLICH**
*Minnesota*

**CLAYTON HINRICHS**
*Minnesota*

**JACK BOYD**
*New Jersey / Missouri*
*New York*

**ALEXIS REDD**
*New York / New Jersey*

**RENEE CASTAGNA**
*California*

**KARIN LANG**
*California*

**PARKER ESTENSON**
*California*

August 12, 2024

Honorable Dulce J. Foster
United States Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:     JA-Father Doe 1 and JA-Mother Doe 1, individually and as parents and natural guardians of JA-Minor Doe 1, a minor child v. Anton Joseph Lazzaro
Court File No.: 21-1985 (JWB/DJF)

Dear Judge Foster:

Plaintiffs seek a renewed Report and Recommendation that extends the time for Hennepin County to take possession of Defendant Lazzaro's vehicle. In response to Plaintiffs' June 18, 2024, letter with their request, the Court issued a Report and Recommendation, filed on June 20, 2024, that gave Hennepin County until August 15, 2024, to take possession.

Hennepin County has not been able to take possession of the vehicle, however, because Judge Blackwell did not yet issue an order accepting the Report and Recommendation. Given the proximity to August 15, 2024, in two days' time, Plaintiffs request a newly amended Report and Recommendation with a date extending the time for Hennepin County to take possession to October 31, 2024. With an amended Report and Recommendation and a subsequent order from Judge Blackwell, Hennepin County will be prepared to take possession of the vehicle.

Regards,

*Molly Burke*

Molly Burke
molly@andersonadvocates.com

MB:ed