# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JA-Father Doe 1 and JA-Mother Doe 1, *individually and as parents and natural guardians of JA-Minor Doe 1*, and JA-Minor Doe 1, *a minor child*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Anton Joseph Lazzaro<br><br>                    Defendant. | Civ. No. 21-1985 (JWB/DJF)<br><br>**ORDER MODIFYING IN PART REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Jeffrey R. Anderson, Esq., Molly K. Burke, Esq., Patrick Stoneking, Esq., and Stacey Benson, Esq., Jeff Anderson & Associates PA, counsel for Plaintiffs.

Stacey L. Sever, Esq., Stich Angell Kreidler & Unke, P.A., counsel for Defendant.

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on June 20, 2024 (Doc. No. 49), regarding Plaintiffs' letter request to modify the January 16, 2024 Order granting Plaintiffs' Motion for Prejudgment Attachment (Doc. No. 48). No objections have been filed to the R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Upon review of the R&R, no clear error is found.

A district judge may accept, reject, or modify all or part of an R&R's findings or recommendations. D. Minn. LR 72.2(b)(3). Given that the R&R's recommended

execution deadline expires shortly, an extension is warranted. Therefore, the time provided under Minn. Stat. § 570.061, subd. 1, for the Hennepin County Sheriff's Office to carry out Plaintiffs' Motion for Prejudgment Attachment (Doc. No. 29) is modified from August 15, 2024, to on or before October 31, 2024.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The June 20, 2024 Report and Recommendation (Doc. No. 49) is **ACCEPTED AS MODIFIED**; and

2. Plaintiffs' Motion for Prejudgment Attachment (Doc. No. 29) is **GRANTED**, with attachment and custody to be carried out by the Hennepin County Sheriff's Office in accordance with the terms of the Report and Recommendation and Minn. Stat. § 570.061, subd. 1, on or before **October 31, 2024**.

Date: August 14, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge