UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JA-Father Doe 1 and JA-Mother Doe 1, *individually and as parents and natural guardians of JA-Minor Doe 1*, JA-Minor Doe 1, *a minor child*,<br><br>Plaintiffs,<br><br>v.<br><br>Anton Joseph Lazzaro,<br><br>Defendant. | Civ. No. 21-1985 (JWB/DJF)<br><br>**ORDER** |

Jeffrey R. Anderson, Esq., Molly K. Burke, Esq., Patrick Stoneking, Esq., Stacey Benson, Esq., Jeff Anderson & Associates, counsel for Plaintiffs.

Stacey L. Sever, Esq., and Stephen Couillard, Esq., Stich Angell Kreidler & Unke, P.A., counsel for Defendant.

This matter comes on the Stipulation to Dismiss Plaintiffs' Individual-Capacity Claims and Substitute "JA Doe 1, Plaintiff" for Plaintiffs. (Doc. No. 73.) **IT IS HEREBY ORDERED** that:

1. Plaintiffs JA-Father Doe 1, JA-Mother Doe 1, and JA-Minor Doe 1's Individual-Capacity Claims are **DISMISSED**.

2. "JA Doe 1" is substituted for all Plaintiffs and is now the only named Plaintiff.

Date: December 8, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge